**97–848. In re Guardianship of Bolin.**
Miami App. No. 96CA30. This cause is pending before the court as a discretionary appeal. Upon

consideration of appellant's motion for stay of the court of appeals' judgment,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

F.E. SWEENEY, J., dissents.

## MISCELLANEOUS DISMISSALS